Certificate of Notice    Page 1 of 5
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:        _17-35282 |
| DOUGLAS & JODY BENECKE | Chapter:        _13__ |
| | Judge:        __MBK |

---

### NOTICE OF PROPOSED PRIVATE SALE

---

___James J. Cerbone, Esq, _debtors counsel_, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:**        Clarkson S. Fisher US Courthouse

402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B Kaplan on 10/20/2020at
___9:00a.m. at the United States Bankruptcy Court, courtroom no. _8_,
_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:**        31 Clover Hill Dr Dr

Jackson, NJ 08527

**Proposed Purchaser:**        Tuvia & Yael Zabludowski
3 Omni Ct
Lakewood, NJ 08527

**Sale price:**        $479,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| **Name of Professional:**  Michael Gutman, Esq | **Name of Professional**: Mindy Hughes |
| **Amount to be paid:**  $1750.00 | **Amount to be paid**:    $9780.00 |
| **Services rendered:**    Attorney | **Services rendered**:  Listing Agent |

**Name of Professional: David Lunczer**

**Amount to be paid:  $9380.00**

**Services rendered:** Realtor

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:          __James J. Cerbone, Esq_____

Address:       2430 Highway 34 Bldg B Ste 22 Wall, NJ 08736___

Telephone No.: _732-681-6800_

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-35282-MBK
Douglas Benecke                                                 Chapter 13
Jody Benecke
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Sep 25, 2020
                             Form ID: pdf905       Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db/jdb        +Douglas Benecke,   Jody Benecke,   31 Clover Hill Drive,   Jackson, NJ 08527-1650
r             +DAVID LUNCZER,   353  N COUNTY LINE ROAD,   JACKSON, NJ 08527-4426
r              MINDY HUGHES,   50 B ROUTE 9,   MORGANVILLE, NJ  07751
517232740      Barclay Card,   PO Box 13337,   Philadelphia, PA 19101-3337
517343759      CACH, LLC its successors and assigns as assignee,   of Avant,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
517232742      Caliber Home Loans,   PO Box 619063,   Dallas, TX 75261-9063
517271479      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517232749     +Citi Cards,   PO Box 6500,   Sioux Falls, SD 57117-6500
517232752     +Enterprise Rent A Car,   Damage Recovery Unit,   PO Box 801988,   Kansas City, MO 64180-1988
517232754     +Firstsource Advantage LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
517232755     +I.C. Systems,   444 Highway 96,   Saint Paul, MN 55127-2557
518921924      KHEAA,   P.O. BOX 798,   FRANKFORT KY 40602-0798
518921925      KHEAA,   P.O. BOX 798,   FRANKFORT KY 40602-0798,   KHEAA,   P.O. BOX 798,
               FRANKFORT KY 40602-0798
517232757     +Lyons Doughty & Veldhuis,   PO Box 1269,   Mount Laurel, NJ 08054-7269
517232759     +Medical Payment Data,   Attn: Simons Agency Inc,   4963 Wintersweet Drive,
               Liverpool, NY 13088-2176
517232758     +Medical Payment Data,   Attn: Trojan Professional Services,   4410 Cerritos Avenue,
               Los Alamitos, CA 90720-2549
517232760      Mercantile,   165 Lawrence Bell Drive, Suite 100,   Buffalo, NY 14221-7900
517232761      Midland Funding,   Attn; Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
517255848     +National Collegiate Student Loan Trust 2007-2,   Po Box 4275,   Norcross, GA 30091-4275
517271473     +Navient Solutions, LLC. on behalf of,   NJHEAA,   PO BOX 548,   Trenton, NJ 08625-0548
517232763      Plain Greeen LLC,   Attn: National Credit Adjusters,   PO Box 3023,   Hutchinson, KS 67504-3023
517347218     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517232766      Stern & Eisenberg,   104 N Kings Highway,   Suite 407,   Cherry Hill, NJ 08034
517232769     +Vita-Mix Corporation,   Attn: Caine & Weiner,   PO Box 5010,   Woodland Hills, CA 91365-5010
517232770     +Webbank,   Attn: Frontline Asset Strategies,   2700 Snelling Aven North,   Ste 250,
               Saint Paul, MN 55113-1783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2020 00:30:21     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2020 00:30:19     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: ally@ebn.phinsolutions.com Sep 26 2020 00:29:13     Ally Capital,
               serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN  55113-0004
cr             E-mail/Text: ally@ebn.phinsolutions.com Sep 26 2020 00:29:13     Ally Financial,
               PO Box 130424,   Roseville, MN  55113-0004
517232737     +E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 26 2020 00:29:13
               AllianceOne Receivables Management,   4850 Street Road Suite 300,
               Feasterville Trevose, PA 19053-6643
517268687      E-mail/Text: ally@ebn.phinsolutions.com Sep 26 2020 00:29:13     Ally Capital,   PO Box 130424,
               Roseville MN 55113-0004
517232739     +E-mail/Text: ally@ebn.phinsolutions.com Sep 26 2020 00:29:13     Ally Financial,
               PO Box 380901,   Minneapolis, MN 55438-0901
517344337     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2020 00:30:09     COMENITY CAPITAL BANK,
               C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
517232743     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2020 00:39:49     Capital One Bank,
               PO Box 71083,   Charlotte, NC 28272-1083
517298508      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2020 00:39:49
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517232750      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2020 00:30:09     Comenity Bank,
               PO Box 182125,   Columbus, OH 43218-2125
517232751      E-mail/Text: G06041@att.com Sep 26 2020 00:30:45     Direct TV,   PO Box 11732,
               Newark, NJ 07101-4732
517232753      E-mail/Text: bknotice@ercbpo.com Sep 26 2020 00:30:28      ERC,   PO Box 23870,
               Jacksonville, FL 32241-3870
518699389     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 26 2020 00:29:51     Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
517232748      E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 26 2020 00:40:28     Chase,   PO Box 15153,
               Wilmington, DE 19886
517232756     +E-mail/Text: bk@lendingclub.com Sep 26 2020 00:30:49     Lending Club,
               71 Stevenson Street Ste 300,   San Francisco, CA 94105-2985
517263590     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2020 00:30:18     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
517232762     +E-mail/PDF: pa_dc_claims@navient.com Sep 26 2020 00:39:58     Navient,   PO Box 9500,
               Wilkes Barre, PA 18773-9500
517232764      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2020 00:40:03
               Portfolio Recovery Associates,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502

```
District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Sep 25, 2020
                             Form ID: pdf905        Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517346280       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2020 00:40:03
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
517232767       E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 00:39:45     SYNCB,   PO Box 965060,
                 Orlando, FL 32896-5060
518140748      +E-mail/Text: bncmail@w-legal.com Sep 26 2020 00:30:32     SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121,
                 SYNCHRONY BANK,   C/O WEINSTEIN & RILEY, PS 98121-3132
518140747      +E-mail/Text: bncmail@w-legal.com Sep 26 2020 00:30:32     SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517232765      +E-mail/PDF: clerical@simmassociates.com Sep 26 2020 00:40:29     Simm Associate,
                 800 Pencader Drive,   Newark, DE 19702-3354
517233474      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 00:39:08     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517232768      +E-mail/Text: bankruptcydepartment@tsico.com Sep 26 2020 00:30:56     Transworld Systems,
                 500 Virginia Drive, Suite 514,   FT Washington,   Fort Washington, PA 19034-2733
                                                                                    TOTAL: 26


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517232738*     +AllianceOne Receivables Management,   4850 Street Road Suite 300,
                 Feasterville Trevose, PA 19053-6643
517232741*      Barclay Card,   PO Box 13337,   Philadelphia, PA 19101-3337
517232744*     +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
517232745*     +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
517232746*     +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
517232747*     +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
518834674*     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
```
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          James J. Cerbone   on behalf of Debtor Douglas  Benecke cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone   on behalf of Joint Debtor Jody  Benecke cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                   TOTAL: 8
```