| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1<br>Joshua I. Goldman, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing, LLC | Case No:    17-35282 MBK<br><br>Chapter:  13 |
| In re:<br>Douglas Benecke<br>Jody Benecke<br><br>                    Debtor | Judge: Michael B. Kaplan |

### CREDITOR'S
### CERTIFICATION OF DEFAULT

_____Steven Ross_____ certifies as follows:

1. I am a __Second Assistant Vice President__ for __Specialized Loan Servicing, LLC__ secured creditor of the debtor.

2. On __May 06, 2020__, an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the order:

    ■ By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

    ☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to

vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: __**SEP 2 2 2020**__

/s/ **Denise Carlon, ESQUIRE**
Denise Carlon Esquire
Attorney for Specialized Loan Servicing, LLC