Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35282−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Benecke<br>31 Clover Hill Drive<br>Jackson, NJ 08527 | Jody Benecke<br>31 Clover Hill Drive<br>Jackson, NJ 08527 |

Social Security No.:
  xxx−xx−2280                                        xxx−xx−7234

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on October 2, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 76 − 68
Order Granting Application to Employ Michael Gutman, Esq as ATTORNEY (Related Doc # 68). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/2/2020. (wir)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 2, 2020
JAN: wir

                                                                                                                        Jeanne Naughton
                                                                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-35282-MBK |
| Douglas Benecke | Chapter 13 |
| Jody Benecke | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2020 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Benecke, Jody Benecke, 31 Clover Hill Drive, Jackson, NJ 08527-1650 |
| sp | + | MICHAEL GUTMAN, 31 WEST MAIN STREET, FREEHOLD, NJ 07728-2463 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Jody Benecke, 31 Clover Hill Drive, Jackson, NJ 08527-1650 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 04, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: orderntc | Total Noticed: 2 |

                on behalf of Debtor Douglas Benecke cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

James J. Cerbone
                on behalf of Joint Debtor Jody Benecke cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

John R. Morton, Jr.
                on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
                on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8