Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−35282−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Benecke | Jody Benecke |
| 31 Clover Hill Drive | 31 Clover Hill Drive |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
   xxx−xx−2280                                        xxx−xx−7234

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/17/20 at 09:00 AM

to consider and act upon the following:

83 − Creditor's Certification of Default filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 10/23/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/23/20

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court