| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |

**Order Filed on October 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 17-35282 |
|---|---|---|
| Douglas Benecke and Jody Benecke | Adv. No.: | |
| | Hearing Date: | 10/20/20 |
| | Judge: | Michael B. Kaplan |

### ORDER AUTHORIZING SALE OF REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JAMES J. CERBONE ESQUIRE-4036
2430 HIHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY, 08736
(732) 681-6800
Attorney for debtor

In Re:

DOUGLAS & JODY BENECKE

Case No.:    _17-35282_____

Hearing Date:
___10/20/2020_____

Chapter:
___13_____

Judge:    ___MBK____

**ORDER AUTHORIZING**
**SALE OF REAL PROPERTY**

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

After review of the Debtor's motion for authorization to sell the real property commonly known as ____31 Clover Hill Dr Jackson, NJ 08527_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| Name of professional:   Michael Gutman, Esq | Name of professional: Mindy Hughes |
|---|---|
| Amount to be paid:   $1750.00 | Amount to be paid: $9780.00 |
| Services rendered:   Attorney for Debtor | Services rendered: Listing Agent |
| Name of professional: David Lunczer | |
| Amount to be paid:   $9380.00.00 | |
| Services rendered:    Realtor | |

2

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___47,350.00_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-35282-MBK

Douglas Benecke                                                                     Chapter 13

Jody Benecke

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 26, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Douglas Benecke, Jody Benecke, 31 Clover Hill Drive, Jackson, NJ 08527-1650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
jdb    *+    Jody Benecke, 31 Clover Hill Drive, Jackson, NJ 08527-1650

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James J. Cerbone
    on behalf of Debtor Douglas Benecke cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 26, 2020 | Form ID: pdf903 | Total Noticed: 1

James J. Cerbone
    on behalf of Joint Debtor Jody Benecke cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

John R. Morton, Jr.
    on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8