| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Douglas Benecke<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2280<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jody Benecke<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7234<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   17–35282–MBK | | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Douglas Benecke                        Jody Benecke

    <u>2/17/21</u>                                        **By the court:** <u>Michael B. Kaplan</u>
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-35282-MBK

Douglas Benecke  Chapter 13

Jody Benecke

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Feb 17, 2021  Form ID: 3180W  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Benecke, Jody Benecke, 9 Heritage Terrace, Jackson, NJ 08527-2237 |
| r | + | DAVID LUNCZER, 353 N COUNTY LINE ROAD, JACKSON, NJ 08527-4426 |
| sp | + | MICHAEL GUTMAN, 31 WEST MAIN STREET, FREEHOLD, NJ 07728-2463 |
| r | | MINDY HUGHES, 50 B ROUTE 9, MORGANVILLE, NJ 07751 |
| 517343759 | | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517232742 | | Caliber Home Loans, PO Box 619063, Dallas, TX 75261-9063 |
| 517232752 | + | Enterprise Rent A Car, Damage Recovery Unit, PO Box 801988, Kansas City, MO 64180-1988 |
| 518921924 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518921925 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 517232757 | + | Lyons Doughty & Veldhuis, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517232759 | + | Medical Payment Data, Attn: Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517232758 | + | Medical Payment Data, Attn: Trojan Professional Services, 4410 Cerritos Avenue, Los Alamitos, CA 90720-2549 |
| 517232760 | | Mercantile, 165 Lawrence Bell Drive, Suite 100, Buffalo, NY 14221-7900 |
| 517232761 | | Midland Funding, Attn; Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517255848 | + | National Collegiate Student Loan Trust 2007-2, Po Box 4275, Norcross, GA 30091-4275 |
| 517271473 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517232763 | | Plain Green LLC, Attn: National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 517347218 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517232766 | | Stern & Eisenberg, 104 N Kings Highway, Suite 407, Cherry Hill, NJ 08034 |
| 517232769 | + | Vita-Mix Corporation, Attn: Caine & Weiner, PO Box 5010, Woodland Hills, CA 91365-5010 |
| 517232770 | + | Webbank, Attn: Frontline Asset Strategies, 2700 Snelling Aven North, Ste 250, Saint Paul, MN 55113-1783 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Feb 18 2021 01:28:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | | EDI: GMACFS.COM | Feb 18 2021 01:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 517232737 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 17 2021 21:24:00 | AllianceOne Receivables Management, 4850 Street Road Suite 300, Feasterville Trevose, PA 19053-6643 |
| 517268687 | | EDI: GMACFS.COM | Feb 18 2021 01:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517232739 | + | EDI: GMACFS.COM | Feb 18 2021 01:28:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |

Case 17-35282-MBK    Doc 103    Filed 02/19/21    Entered 02/20/21 00:22:27    Desc
                     Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 3180W | Total Noticed: 52 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 517232740 | | EDI: TSYS2.COM | Feb 18 2021 01:28:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517344337 | + | EDI: WFNNB.COM | Feb 18 2021 01:28:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 517232743 | + | EDI: CAPITALONE.COM | Feb 18 2021 01:28:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517298508 | | EDI: CAPITALONE.COM | Feb 18 2021 01:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517271479 | | EDI: BL-BECKET.COM | Feb 18 2021 01:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517232749 | + | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517232750 | | EDI: WFNNB.COM | Feb 18 2021 01:28:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517232751 | | EDI: DIRECTV.COM | Feb 18 2021 01:28:00 | Direct TV, PO Box 11732, Newark, NJ 07101-4732 |
| 517232753 | | Email/Text: bknotice@ercbpo.com | Feb 17 2021 21:26:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517232754 | + | EDI: FSAE.COM | Feb 18 2021 01:28:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 517232755 | + | EDI: IIC9.COM | Feb 18 2021 01:28:00 | I.C. Systems, 444 Highway 96, Saint Paul, MN 55127-2557 |
| 518699389 | + | EDI: IRS.COM | Feb 18 2021 01:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517232748 | | EDI: JPMORGANCHASE | Feb 18 2021 01:28:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 517232756 | + | Email/Text: bk@lendingclub.com | Feb 17 2021 21:26:00 | Lending Club, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 517263590 | + | EDI: MID8.COM | Feb 18 2021 01:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517232762 | + | EDI: NAVIENTFKASMSERV.COM | Feb 18 2021 01:28:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517232764 | | EDI: PRA.COM | Feb 18 2021 01:28:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517346280 | | EDI: PRA.COM | Feb 18 2021 01:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517232767 | | EDI: RMSC.COM | Feb 18 2021 01:28:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518140747 | + | Email/Text: bncmail@w-legal.com | Feb 17 2021 21:26:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140748 | + | Email/Text: bncmail@w-legal.com | Feb 17 2021 21:26:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517232765 | + | Email/PDF: clerical@simmassociates.com | Feb 17 2021 23:57:00 | Simm Associate, 800 Pencader Drive, Newark, DE 19702-3354 |
| 517233474 | + | EDI: RMSC.COM | Feb 18 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517232768 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 17 2021 21:27:00 | Transworld Systems, 500 Virginia Drive, Suite |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 17, 2021 | Form ID: 3180W | Total Noticed: 52 |

514, FT Washington, Fort Washington, PA 19034-2733

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517232738 | *+ | AllianceOne Receivables Management, 4850 Street Road Suite 300, Feasterville Trevose, PA 19053-6643 |
| 517232741 | * | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517232744 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517232745 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517232746 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517232747 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518834674 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Douglas Benecke cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Jody Benecke cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8